UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   25-15900 |
| Anna M Donis | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Order Confirming Plan

The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 20, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  February 05, 2026

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 25-15900-TAB |
| Anna M Donis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 06, 2026 | Form ID: pdf003 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anna M Donis, 6014 W Wrightwood Ave Fl 1, Chicago, IL 60639-1126 |
| 31689237 | | Carl George Donis, 6014 W Wrightwood Ave Fl 1, Chicago, IL 60639-1126 |
| 31689557 | | Donis, Carl George, 6014 W Wrightwood Ave Fl 1, Chicago, IL 60639-1126 |
| 31689241 | | Eye Specialists Chicago & Highland Park, 5600 W Addison St Ste 102, Chicago, IL 60634-4401 |
| 31689242 | | Family Medical Care LTD, 965 Lake St, Oak Park, IL 60301-1292 |
| 31689243 | | NANI, 120 W 22nd St Ste 200, Oak Brook, IL 60523-1563 |
| 31689246 | + | Pine Lake Marina, Attn Bankruptcy, PO Box Box 60, La Porte, IN 46352-0060 |
| 31689247 | + | Prudential Life Insurance, Attn Bankruptc, PO Box 7390, Philadelphia, PA 19176-7390 |
| 31689248 | + | Robertson Anschutz Schneid Crane, Attn Bankuprcy, 6400 Shafer Court Ste 325, Des Plaines, IL 60018-4925 |
| 31689249 | + | Robson & Lopez LLC, 121 S. Western Avenue Unit 1, Chicago, IL 60612-4647 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 31692509 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Feb 06 2026 22:54:00 | City of Chicago Department of Finance, Chicago Dept. of Law Bankruptcy, 121 N. LaSalle St., Suite 400, Chicago, IL 60602 |
| 31689238 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Feb 06 2026 22:54:00 | City of Chicago Department of Finance, Utility Billing & Customer Service, Po Box 6330, Chicago, IL 60680-6330 |
| 31699421 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Feb 06 2026 22:54:00 | City of Chicago Department of Finance, Utility Billing & Customer Service Divis, 121 N. LaSalle St., Suite 400, Chicago, IL 60602 |
| 31689239 | | Email/Text: comedbankruptcygroup@exeloncorp.com | Feb 06 2026 22:55:00 | Comed, ComEd Customer Care Center, Po Box 805379, Chicago, IL 60680-4179 |
| 31776638 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Feb 06 2026 22:55:00 | Commonwealth Edison Company, ComEd Bankruptcy Department, 1919 Swift Drive, Oak Brook, IL 60523-1502 |
| 31692256 | + | Email/Text: lbankruptcy@cookcountytreasurer.com | Feb 06 2026 22:55:00 | Cook County Treasurer's Office, 118 N Clark Street Room 112, Chicago, IL 60602-1590 |
| 31689240 | + | Email/Text: lbankruptcy@cookcountytreasurer.com | Feb 06 2026 22:55:00 | Cook County Treasurer's Office, Attn Bankruptcy, 118 N Clark Room 112, Chicago, IL 60602-1590 |
| 31689245 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 06 2026 22:53:00 | Mortgage Assets Management LLC, PHH Mortgage Corporation, PO Box 24606, West Palm Beach, FL 33416-4606 |
| 31695020 | + | Email/Text: RASEBN@raslg.com | Feb 06 2026 22:54:00 | Mortgage Assets Management, LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 31694796 | | Email/Text: PGLNSGBankruptcy@wecenergygroup.com | Feb 06 2026 22:53:00 | PEOPLES GAS LIGHT & COKE COMPANY, 200 EAST RANDOLPH STREET, CHICAGO, IL 60601 |
| 31771567 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 06 2026 22:53:00 | PHH Mortgage Corporation, PO Box 24606, West |

Case 25-15900   Doc 27   Filed 02/08/26   Entered 02/08/26 23:14:12   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0752-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 06, 2026 | Form ID: pdf003 | Total Noticed: 22 |

| 31689244 | + | Email/Text: PGLNSGBankruptcy@wecenergygroup.com Feb 06 2026 22:53:00 | Palm Beach, FL 33416-4606 People's Gas, Attn: Customer Service, 200 E. Randolph St 5100, Chicago, IL 60601-6528 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Jaime Dowell | on behalf of Creditor City of Chicago jaime.dowell@cityofchicago.org |
| Salvador J Lopez | on behalf of Debtor 1 Anna M Donis lopez@robsonlopez.com |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |

TOTAL: 4